UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. HARRIS,<br><br>        Petitioner,<br><br>        v.<br><br>CONNIE GIPSON, Warden,<br><br>        Respondent. | Case No. EDCV 12-0574-JFW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:   October 13, 2015

                                      JOHN F. WALTER<br>                                  UNITED STATES DISTRICT JUDGE